[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 7, 2009
THOMAS K. KAHN
CLERK

No. 08-15952
Non-Argument Calendar
_____

D. C. Docket No. 97-00053-CR-J-34-TEM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALAN EASON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(May 7, 2009)

Before DUBINA, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

W. Charles Fletcher, appointed counsel for Alan Eason in this appeal, has

moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and Eason's revocation of supervised release and resulting sentence are **AFFIRMED**.  Eason's request for appointment of appellate counsel is accordingly **DENIED AS MOOT**.